

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00388-CV

Jason Matthew **SMITH** and Christa Eve Smith,
Appellants

v.

Dana G. **KIRK**, Trustee of Kirk Ranch Trusts,
Appellees

From the County Court at Law, Kerr County, Texas
Trial Court No. 18935C
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the portion of the trial court's judgment denying appellants Jason Matthew Smith and Christa Eve Smith's motion for summary judgment is AFFIRMED. The portion of the trial court's judgment granting appellee Dana G. Kirk, Trustee of the Kirk Ranch Trusts', motion for summary judgment is REVERSED. This case is REMANDED to the trial court for further proceedings consistent with this opinion. It is ORDERED that costs be assessed against the party who incurred them.

SIGNED May 25, 2022.

_____
Irene Rios, Justice